No. 75–1052. WALLACE, DIRECTOR OF FOOD AND AGRICULTURE OF CALIFORNIA, ET AL. v. RATH PACKING CO. C. A. 9th Cir. Certiorari denied.

No. 75–1660. GREEN, EXECUTOR, ET AL. v. SANTA FE INDUSTRIES, INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–5. MARSH ET AL. v. ARMADA CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–662. McMURTREY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–718. MAKRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–748. ABBOTT v. THETFORD, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–804. CAESAR v. MOUNTANOS, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–807. GERCEY ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.